

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00076-CV

Alexis M. **AMADOR**,
Appellant

v.

**CAPITAL ONE**, N.A., Successor by Merger to Discover Bank,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-09066
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: May 20, 2026

DISMISSED

A copy of appellant's notice of appeal was filed in this court on January 28, 2026. The clerk of this court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record does not contain any evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

On March 27, 2026, we issued a show cause order directing appellant to show cause in writing by April 14, 2026, why this appeal should not be dismissed for failure to pay the filing fee.

*See* TEX. R. APP. P. 5, 42.3(c).  Appellant has not responded to our order.  Because appellant has failed to pay the filing fee required to pursue this appeal, the appeal is dismissed.  *See* TEX. R. APP. P. 5, 42.3(c).

PER CURIAM